NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JACQUELINE MARIE MURPHY,   )
   )
      Appellant,   )
   )
v.   )   Case No. 2D18-4282
   )
STATE OF FLORIDA,   )
   )
      Appellee.   )
   )

Opinion filed December 6, 2019.

Appeal from the Circuit Court for Charlotte
County; George C. Richards, Judge.

Howard L. Dimmig, II, Public Defender,
and Clark E. Green, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


      Affirmed.


CASANUEVA, MORRIS, and SALARIO, JJ., Concur.